IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY NAROG,<br><br>        Plaintiff,<br><br>   v.<br><br>CERTEGY CHECK SERVICES, INC.,<br><br>        Defendant.<br>_____/ | No. C 10-03116 SI<br><br>**ORDER CLARIFYING AUGUST 30, 2010 ORDER GRANTING UNOPPOSED MOTION TO DISMISS** |

On August 30, 2010, the Court issued an order granting defendant's motion to dismiss plaintiff's complaint with leave to amend. The Court's order inadvertently contained inconsistent information as to the date by which plaintiff must file his amended complaint. The Court hereby clarifies that the correct date is **September 17, 2010.**

**IT IS SO ORDERED.**

Dated: September 1, 2010

SUSAN ILLSTON
United States District Judge