1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6            FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    CORY NAROG,                                    No. C 10-03116 SI

9              Plaintiff,                           **JUDGMENT**

10      v.

11   CERTEGY CHECK SERVICES, INC.,

12            Defendant.
                                           /

13

14        Defendant's motion to dismiss the first amended complaint is granted without leave to amend.

15   Judgment is entered accordingly.

16

17        **IT IS SO ORDERED AND ADJUDGED.**

18

19   Dated:  January 10, 2011
                                           _____
20                                         SUSAN ILLSTON
                                           United States District Judge
21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California